UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-5333(DSD/TNL)

Abdoulmalik Ibrahim

       Petitioner,

v.                                     **ORDER**

Jefferson Beauregard Sessions III,
Attorney General; et al.

       Respondents.

    Kimberly K. Hunter, Esq., John R. Bruning, Esq. and Kim Hunter Law, PLLC, 656 Selby Avenue, Suite 100, St. Paul, MN 55104, counsel for petitioner.

    Ann M. Bildtsen, United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, counsel for respondents.

This matter is before the court upon the request by petitioner for permission to file a motion to reconsider the court's December 5, 2017, order denying petitioner's motion for a temporary restraining order. See ECF No. 16.

Motions to reconsider require the express permission of the court and will be granted only upon a showing of "compelling circumstances." D. Minn. LR 7.1(j). A motion to reconsider should not be employed to relitigate old issues but rather to "afford an opportunity for relief in extraordinary circumstances." Dale & Selby Superette & Deli v. U.S. Dep't of Agric., 838 F. Supp. 1346, 1348 (D. Minn. 1993). The court is fully satisfied that it correctly concluded that it did not have jurisdiction over

petitioner's claim, and finds that compelling circumstances do not exist to grant the request.

Accordingly, **IT IS HEREBY ORDERED** that the request for permission to file a motion to reconsider [ECF No. 17] is denied.

Dated: December 12, 2017

                                                                  s/David S. Doty
                                                                  David S. Doty, Judge
                                                                  United States District Court